UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS, JR., | No. 2:22-cv-01995-CKD |
| Plaintiff, | |
| v. | ORDER |
| DENNIS, | |
| Defendant. | |

Plaintiff is a former state prisoner proceeding without counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 8, 2023, the court referred this case to the post-screening early ADR program to allow the parties the opportunity to settle their dispute before the discovery process begins. ECF No. 17. A settlement conference was conducted on January 29, 2024. However, during the course thereof, plaintiff severed his connection to the Zoom hearing. ECF No. 21 (Minutes of Settlement Conference).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within 21 days from the date of this order why monetary sanctions should not be imposed based on plaintiff's failure to participate in good faith in the court ordered settlement conference. The response to this order to show cause shall be signed under penalty of perjury.

/////

1

1     2. The failure to respond to this court order will result in a recommendation that this
2  action be dismissed.
3  Dated: January 31, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11  Th/owen1995.osc